**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7443**

LEE ROBERT WILLIAMS,

Plaintiff - Appellant,

versus

DR. STEWART, Columbus Correctional
Institution; UNNAMED NURSE AND DOCTOR
ASSISTANTS AT COLUMBUS CORRECTIONAL INSTITUTE;
LIEUTENANT COLMAN, Columbus Correctional
Institute; MS. HUNT, Superintendent at
Columbus Correctional Institute; UNNAMED
DIRECTOR OF NORTH CAROLINA INMATE MEDICAL
RECORDS; CHARLES BULLOCK, Member of the Inmate
Grievance Resolution Board; LUCIEN COPONE,
III, Member of the Inmate Grievance Resolution
Board; FRANCIS L. DYER, Member of the Inmate
Grievance Resolution Board; JAMES C. JOHNSON,
Member of the Inmate Grievance Resolution
Board; HILDAGENE REID, Member of the Inmate
Grievance Resolution Board,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (CA-04-567)

Submitted: February 15, 2006      Decided: February 28, 2006

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lee Robert Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lee Robert Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2) (2000) because it was filed beyond the applicable statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Stewart, No. CA-04-567 (E.D.N.C. Aug. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED